IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America | Crim No. 4:06-cr-01325-TLW |
| v. | **Order** |
| Sean Bellamy | |

This matter comes before the Court for consideration of correspondence received from Defendant in which he asserts that his Presentence Investigation Report was incorrect in that he is not a career offender. ECF No. 134. Defendant has not filed an actual § 2255 petition.

As required by Local Civil Rule 83.VIII.03, if Defendant wishes to seek relief pursuant to 28 U.S.C. § 2255, he must file his motion on the appropriate forms or forms substantially similar. Defendant is directed to file any such petition on the appropriate or substantially similar forms within 30 days of the date of this order. He may attach his correspondence to the appropriately filed § 2255 petition, if he so chooses, so that it may be deemed part of that filing. Any proper § 2255 petition filed within the time allotted will be construed as having been filed on the filing date of the original correspondence.

The Clerk is directed to send Defendant the appropriate § 2255 forms.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

June 12, 2015
Columbia, South Carolina

1